1   **DYKEMA GOSSETT LLP**
    TAMARA A. BUSH, State Bar No. 197153
2     *TBush@dykema.com*
    333 South Grand Avenue, Suite 2100
3   Los Angeles, California 90071
    Telephone: (213) 457-1800
4   Facsimile:  (213) 457-1850

5   **DYKEMA GOSSETT PLLC**
    JOHN M. THOMAS, State Bar No. 266842
6     *JThomas@dykema.com*
    2723 South State Street, Suite 400
7   Ann Arbor, Michigan 48104
    Telephone: (734) 214-7660
8   Facsimile:  (734) 214-7696

9   Attorneys for Defendants
    Harley-Davidson Motor Company Group, LLC
10  and Harley-Davidson Motor Company, Inc.

11

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

12                    **UNITED STATES DISTRICT COURT**

13  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

14  SCOTT KOLLER, on behalf of himself,     Case No. 4:22-CV-04534-HSG
    the general public, and those similarly
15  situated,                               Honorable Haywood S. Gilliam, Jr.
                                            Courtroom 2 – 4th Floor
16          Plaintiff,

17          v.                              **ORDER DENYING
                                            DEFENDANTS'
18                                          ADMINISTRATIVE MOTION
                                            FOR EXPEDITED HEARING OR
19  HARLEY-DAVIDSON MOTOR                   RULING ON DEFENDANTS'
    COMPANY GROUP, LLC, and                 MOTION TO STAY ALL
20  HARLEY-DAVIDSON MOTOR                   PROCEEDINGS PENDING
    COMPANY, INC.,                          RESOLUTION OF DEFENDANTS'
21                                          MOTION TO TRANSFER VENUE
            Defendants.
22                                          *Filed concurrently with the Notice of
                                            Administrative Motion, Administrative
23                                          Motion, and Declaration of Tamara A,
                                            Bush*
24
                                            Complaint Filed:   August 5, 2022
25                                          Trial Date:        None

26

27

28

    ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO EXPEDITE

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE**
**SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

# <u>ORDER</u>

Defendants Harley-Davidson Motor Company Group, LLC and Harley-Davidson Motor Company, Inc.'s (together, "Harley-Davidson" or "Defendants") Administrative Motion to Expedite Hearing or Ruling on Motion to Stay Pending Resolution of Motion to Transfer Venue ("Motion") came on for hearing. Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein,

**IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motion is DENIED.

Dated: _____10/24/2022_____



Hon. _____
United States District Judge

ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO EXPEDITE